

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

Jacob C. Beach  
Assistant Solicitor General

(512) 936-2725  
Jacob.Beach@oag.texas.gov

December 29, 2024

**Via CM/ECF**

Lyle W. Cayce, Clerk of Court  
U.S. Court of Appeals for the Fifth Circuit

 **Re:** *State of Texas v. Oz*, 25-40766

Dear Mr. Cayce:

 I am writing to advise the Court of my withdrawal as counsel for Appellee of State of Texas in the above-referenced case, as I am leaving my employment with the Office of the Attorney General.

              Respectfully submitted.

               /s/ Jacob C. Beach  
               Jacob C. Beach  
               Assistant Solicitor General  
               State Bar No. 24116083

               Office of the Attorney General  
               P.O. Box 12548 (MC 059)  
               Austin, Texas 78711-2548  
               (512) 936-1700

cc: All counsel of record (via CM/ECF)