# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 31, 2025

Mr. Jacob C. Beach
Office of the Attorney General of Texas
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548

    No. 25-40766   State of Texas v. Oz
                            USDC No. 6:23-CV-161

Dear Mr. Beach,

We have removed Jacob C. Beach from our docket as counsel for appellees Texas Health and Human Service Commission and the State of Texas. We will not send further orders, correspondence, etc. regarding this appeal.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _Rebecca Andry_
                                       Rebecca Andry, Deputy Clerk
                                       504-310-7638

cc w/encl:
    Mr. James Bickford
    Mr. William Francis Cole
    Mr. Bradley Hinshelwood
    Ms. McKaye Lea Neumeister