

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 514-8100

Via CM/ECF

February 11, 2026

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
F. Edward Hebert Building
600 S. Maestri Place
New Orleans, LA 70130

    RE:   *State of Texas v. Oz*, No. 25-40766

Dear Mr. Cayce:

    The government respectfully requests a 30-day extension, from February 24 to March 26, of the deadline for its opening brief in this case. An extension is chiefly warranted because of the press of other business. I presented oral argument on February 2 in *Alaska Community Action on Toxics v. FDA*, No. 24-1382 (D.C. Cir.), and will be presenting oral argument on February 26 in *Friends of the Earth U.S. v. Export-Import Bank of the U.S.*, No. 25-5387 (D.C. Cir.), in addition to having primary responsible for numerous time-sensitive internal matters. Additionally, the attorney with supervisory responsibility for the government's opening brief in this case, Brad Hinshelwood, also has supervisory responsibility for two briefs due and three oral arguments being held between now and March 27. A 30-day extension of time is needed to provide adequate time to prepare the opening brief and consult with affected components of the federal government.

    Plaintiffs-Appellees do not oppose this request.

    Sincerely,

    */s/ McKaye L. Neumeister*
    McKaye L. Neumeister
    Attorney, Appellate Staff
    Civil Division

cc:    All counsel (via CM/ECF)