# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 19, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-40766    State of Texas v. Oz
               USDC No. 6:23-CV-161

The court has granted Appellants' unopposed motion for an extension of time to and including April 3, 2026, for filing the Appellants' brief in this case.

              Sincerely,

              LYLE W. CAYCE, Clerk

              *Dantrell Johnson*

              By: _____
              Dantrell L. Johnson, Deputy Clerk
              504-310-7689

Mr. William Francis Cole
Mr. Matthew Micah Hilderbrand
Mr. Bradley Hinshelwood
Ms. McKaye Lea Neumeister