No. 25-40766

# In the United States Court of Appeals for the Fifth Circuit

———

STATE OF TEXAS; TEXAS HEALTH AND HUMAN SERVICES COMMISSION,

Plaintiffs–Appellees,

v.

MEHMET OZ, in his official capacity as ADMINISTRATOR FOR THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; THE CENTERS FOR MEDICARE AND MEDICAID SERVICES; ROBERT F. KENNEDY, JR., in his official capacity as SECRETARY OF THE UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; and the UNITED STATES OF AMERICA,

Defendants–Appellants.

———

On Appeal from the United States District Court
for the Eastern District of Texas, Tyler Division

———

**UNOPPOSED MOTION FOR LEVEL 1 EXTENSION**

———

<div style="display:flex; justify-content:space-between;">

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700

WILLIAM R. PETERSON
Solicitor General

WILLIAM F. COLE
Principal Deputy Solicitor General
William.Cole@oag.texas.gov

MATTHEW M. HILDERBRAND
Assistant Solicitor General
Matthew.Hilderbrand@oag.texas.gov

</div>

*Counsel for Appellees*

Pursuant to Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rule 31.4, Appellees State of Texas and Texas Health and Human Services Commission respectfully request a 30-day extension of time to file their brief.

1.    Appellees' brief is currently due on May 4, 2026. Appellees seek a 30-day extension of time, to and including June 3, 2026, in which to file that brief.

2.    This is Appellees' first request for an extension of time for this brief.

3.    Appellants have consented to this motion.

4.    Appellees' motion is supported by good cause and is not sought for purpose of delay. Rather, lead counsel for Appellees has had and will continue to have case obligations that have required, or will require, significant time and attention, both in the period of time immediately preceding the filing of Appellants' brief and through the date on which Appellees' brief is currently due. These matters include:

- Preparation and filing of an en banc merits brief in *Texas v. Blanche*, No. 24-10386, in the United States Court of Appeals for the Fifth Circuit. The brief was filed on March 30, 2026.

- Preparation and filing of a multi-state amicus brief in *Monsanto Co. v. Durnell*, No. 24-1068. The brief was filed on April 1, 2026.

- Preparation and filing of a multi-state amicus brief in *West Virginia Surface Owners' Rights Organization v. Zeldin*, No. 25-1384, in the United States Court of Appeals for the Fourth Circuit. The brief was filed on April 8, 2026.

- Preparation and filing of a merits brief in *Medina v. TxDOT*, No. 25-0429, in the Supreme Court of Texas. The brief was filed on April 10, 2026.

- Preparation and filing of an amicus brief in the Supreme Court of Texas. The amicus brief will likely be filed in early May.

- Preparation and filing of a response to an anticipated motion for interim relief and a brief on the merits in an accelerated appeal in *Hancock v. Globe Express Trucking Inc.*, No. 15-26-00091-CV, in the Fifteenth Court of Appeals of Texas. The briefing schedule is not yet set.

- Preparation and filing of a merits brief in the Supreme Court of Texas in *Tanner v. Texas State University*, No. 25-0648, in the Supreme Court of Texas. The brief is due May 19, 2026.

- Assisting members of the Office of the Texas Attorney General with their preparation for two upcoming oral arguments in the United States Court of Appeals for the Fifth Circuit and one in the Fifteenth Court of Appeals of Texas.

5.   In addition to briefing and argument obligations, counsel for Appellees have numerous prelitigation, oversight, and managerial responsibilities and continue to be staffed on other litigation and advisory matters in the Office of the Attorney General.

6.   The extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this unopposed request for an extension of time is granted.

## CONCLUSION

For the foregoing reasons, Appellees respectfully request that the Court grant their unopposed motion for an extension of time to file their brief, making a new due date of June 3, 2026.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

WILLIAM R. PETERSON
Solicitor General

WILLIAM F. COLE
Principal Deputy Solicitor General
William.Cole@oag.texas.gov

/s/ Matthew M. Hilderbrand
MATTHEW M. HILDERBRAND
Assistant Solicitor General
Matthew.Hilderbrand@oag.texas.gov

*Counsel for Appellees*

## CERTIFICATE OF CONFERENCE

On April 16, 2026, counsel for Plaintiffs-Appellees conferred by email with counsel for Defendants-Appellants regarding their position on the foregoing motion. Defendants-Appellants consent to the request.

/s/ Matthew M. Hilderbrand
MATTHEW M. HILDERBRAND

## CERTIFICATE OF SERVICE

On April 16, 2026, this document was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of any paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with CrowdStrike Falcon and is free of viruses.

/s/ Matthew M. Hilderbrand
MATTHEW M. HILDERBRAND

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d) because it contains 516 words, excluding the parts exempted by Rule 32(f); and (2) the typeface requirements of Rule 27(d) and Rule 32(a)(5) and the type style requirements of Rule 27(d) and Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Matthew M. Hilderbrand
MATTHEW M. HILDERBRAND