No. 25-40766

# In the United States Court of Appeals for the Fifth Circuit

STATE OF TEXAS; TEXAS HEALTH AND
HUMAN SERVICES COMMISSION,

Plaintiffs–Appellees,

v.

MEHMET OZ, in his official capacity as ADMINISTRATOR FOR THE
CENTERS FOR MEDICARE AND MEDICAID SERVICES; THE
CENTERS FOR MEDICARE AND MEDICAID SERVICES; ROBERT F.
KENNEDY, JR., in his official capacity as SECRETARY OF THE UNITED
STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES;
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN
SERVICES; and the UNITED STATES OF AMERICA,

Defendants–Appellants.

On Appeal from the United States District Court
for the Eastern District of Texas, Tyler Division

## UNOPPOSED SECOND MOTION FOR EXTENSION

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
(512) 936-1700

WILLIAM R. PETERSON
Solicitor General

WILLIAM F. COLE
Principal Deputy Solicitor General
William.Cole@oag.texas.gov

MATTHEW M. HILDERBRAND
Assistant Solicitor General
Matthew.Hilderbrand@oag.texas.gov

*Counsel for Appellees*

Pursuant to Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rule 31.4, Appellees State of Texas and Texas Health and Human Services Commission respectfully request a 14-day extension of time to file their brief. Appellees' brief is currently due on June 3, 2026. Appellees seek an 14-day extension of time, up to and including June 17, 2026, in which to file that brief.

1.    This is Appellees' second request for an extension of time. Previously, the Court granted Appellees an extension from May 3 to June 3, 2026.

2.    Appellants are unopposed to the requested extension.

3.    Appellees' motion is supported by good cause and is not sought for purpose of delay. Rather, the additional time is requested to ensure adequate time to prepare and file a brief that is useful to the Court. Undersigned counsel, who has primary drafting responsibility for the brief, also has primary responsibility for other time-sensitive matters, including briefing in several matters: *Texas Tech University Health Sciences Center v. Mohrman*, No. 26-0085 in the Supreme Court of Texas (May 8); *Hancock v. Globe Express Trucking Inc.*, No. 15-26-00091-CV, in the Fifteenth Court of Appeals of Texas (May 26); and *Tanner v. Texas State University*, No. 25-0648, in the Supreme Court of Texas (June 2), as well as court-ordered mediation in *YRIG Risk Retention Group, Inc. v. Texas Department of Insurance*, No. 26-11295, in the U.S. Court of Appeals for the Eleventh Circuit (May 27). Undersigned counsel is also responsible for helping to moot and prepare members of the Office of the Attorney General for several recent or upcoming oral arguments. Finally, the attorney with primary supervisory authority for Appellees' brief is temporarily out of the office on

paternity leave. The requested extension would help to ensure sufficient time for his review upon his return to active duty.

4.    In addition to briefing and argument obligations, counsel for Appellees have numerous prelitigation, oversight, and managerial responsibilities and continue to be staffed on other litigation and advisory matters in the Office of the Attorney General.

5.    The extension is sought in the interest of justice, not for delay, and no party will be prejudiced if this unopposed request for an extension of time is granted.

## CONCLUSION

For the foregoing reasons, Appellees respectfully request that the Court grant their unopposed motion for an extension of time to file their brief, making a new due date of June 17, 2026.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

WILLIAM R. PETERSON
Solicitor General

WILLIAM F. COLE
Principal Deputy Solicitor General
William.Cole@oag.texas.gov

/s/ Matthew M. Hilderbrand
MATTHEW M. HILDERBRAND
Assistant Solicitor General
Matthew.Hilderbrand@oag.texas.gov

*Counsel for Appellees*

## CERTIFICATE OF CONFERENCE

On May 13, 2026, counsel for Plaintiffs-Appellees conferred by email with counsel for Defendants-Appellants regarding their position on the foregoing motion. Defendants-Appellants are unopposed to the requested extension.

/s/ Matthew M. Hilderbrand
MATTHEW M. HILDERBRAND

## CERTIFICATE OF SERVICE

On May 13, 2026, this document was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of any paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with CrowdStrike Falcon and is free of viruses.

/s/ Matthew M. Hilderbrand
MATTHEW M. HILDERBRAND

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d) because it contains 402 words, excluding the parts exempted by Rule 32(f); and (2) the typeface requirements of Rule 27(d) and Rule 32(a)(5) and the type style requirements of Rule 27(d) and Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Matthew M. Hilderbrand
MATTHEW M. HILDERBRAND