# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 18, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-40766   State of Texas v. Oz
              USDC No. 6:23-CV-161

The court has granted an extension of time to and including June 17, 2026 for filing appellees' brief in this case.

         Sincerely,

         LYLE W. CAYCE, Clerk

         By: _____
         Angelique B. Tardie, Deputy Clerk
         504-310-7715

Mr. William Francis Cole
Mr. Matthew Micah Hilderbrand
Mr. Bradley Hinshelwood
Ms. McKaye Lea Neumeister