IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS; TEXAS HEALTH AND HUMAN SERVICES COMMISSION, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> MEHMET OZ, *Administrator of the Centers for Medicare and Medicaid Services*; CENTERS FOR MEDICARE AND MEDICAID SERVICES; ROBERT F. KENNEDY, JR., *Secretary, U.S. Department of Health and Human Services*; UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; UNITED STATES OF AMERICA, <br><br> Defendants-Appellants. | No. 25-40766 |

**UNOPPOSED MOTION FOR 30-DAY EXTENSION
OF TIME TO FILE APPELLANTS' REPLY BRIEF**

Pursuant to Federal Rule of Appellate Procedure 26(b) and Fifth Circuit Rule 31.4, the government respectfully moves for a 30-day extension of time, to and including August 7, 2026, in which to file its reply brief in this appeal.  Plaintiffs do not oppose this motion.

**1.** Under the original schedule issued by this Court on January 15, 2026, the government's opening brief was due on February 24, 2026.  The Court granted an unopposed 30-day extension of that deadline, and then an additional unopposed 8-day extension of that deadline.  The government's opening brief was filed on April 3, 2026.

Plaintiffs' appellee brief was originally due on May 4, 2026.  The Court granted an opposed 30-day extension of that deadline, and then an additional unopposed 14-day extension of that deadline.  Plaintiffs filed their appellee brief on June 17, 2026.  The government's reply brief is currently due on July 8, 2026.

2.     The government respectfully requests a 30-day extension of time, to and including August 7, 2026, to file its reply brief in this appeal.  The undersigned counsel represents that the requested extension is necessary to ensure adequate time to prepare and file the government's reply brief and to ensure sufficient time to coordinate inter-agency review, in light of a number of other pressing matters being handled by government counsel, scheduled leave, and the July 4 holiday.

McKaye L. Neumeister, who has primary responsibility for preparing the government's brief in this case, is also responsible for the following matters with recent and impending deadlines: *Arbutus Biopharma Corp. v. Moderna, Inc.*, No. 26-1581 (Fed. Cir.) (amicus brief filed June 19); *SAM, Inc. v. DOJ*, No. 26-1106 (D.C. Cir.) (stay opposition due July 2); *Sandberg v. Mullin*, No. 26-1135 (4th Cir.) (response brief due July 20); *America First Legal Foundation v. GAO*, No. 26-5052 (D.C. Cir.) (response brief due August 7); *K.I. v. Sullivan*, No. 26-849 (2d Cir.) (response brief due August 12).  Ms. Neumeister also has primary responsibility for numerous time-sensitive internal matters.  In addition, she was on scheduled annual leave from June 6 to June 22.

Brad Hinshelwood has supervisory responsibility for the government's brief in this case.  Mr. Hinshelwood also supervisory responsibility for a number of other

ongoing appellate matters with recent and impending deadlines, including: *Khan v. United States*, No. 25-10219 (11th Cir.) (oral argument to be presented on June 26); *DSCC v. Trump*, No. 26-5193 (D.C. Cir.) (expedited response merits brief due June 29); *Oregon v. United States*, Nos. 26-1804, 26-1805 (Fed. Cir.) (opening brief due July 7); *Goad v. United States*, No. 26-7021 (10th Cir.) (response brief due July 8); *The New York Times Co. v. Dep't of Defense*, No. 26-5113 (D.C. Cir.) (opening brief due July 14, 2026); *DiNapoli v. Kennedy*, 26-5088 (D.C. Cir.) (response brief due July 22); *In re 2025 Subpoena to Children's Nat'l Hosp.*, No. 26-1104 (4th Cir.) (reply brief due July 28); *Jackson v. Banche*, No. 26-30209 (5th Cir.) (response brief due July 29); *VOS Selections v. Trump*, No. 26-1895 (Fed. Cir.) (opening brief due August 3); *Fluker v. Cekada*, No. 26-1245 (6th Cir.) (response brief due August 3); *Children's Hosp Corp. v. DOJ*, No. 25-2092 (1st Cir.) (reply brief due August 4); *Marion County v. Kotek*, No. 26-1874 (9th Cir.) (response brief due August 5); *Broullire v. United States*, No. 26-5095 (D.C. Cir.) (response brief due August 5); *Missouri v. Blanche*, No. 26-1674 (8th Cir.) (response brief due August 5); *Vanderstok v. Blanche*, No, 26-10244 (5th Cir.) (response brief due August 7).

3.    Counsel for Plaintiffs has authorized the undersigned counsel to state that plaintiffs consent to this extension request.

Respectfully submitted,

BRAD HINSHELWOOD

/s/ McKaye L. Neumeister
MCKAYE L. NEUMEISTER
 *Attorneys, Appellate Staff*
 *Civil Division, Room 7231*
 *U.S. Department of Justice*
 *950 Pennsylvania Avenue NW*
 *Washington, D.C. 20530*
 *(202) 514-8100*

JUNE 2026

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 609 words, according to the count of Microsoft Word.

*/s/ McKaye L. Neumeister*
McKaye L. Neumeister