# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 29, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-40766    State of Texas v. Oz
USDC No. 6:23-CV-161

The court has GRANTED IN PART Appellants' unopposed motion for an
extension of time to and including ONLY July 22, 2026, for filing
a reply brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Jorge Benjamin Aguinaga
Mr. James Bickford
Ms. Leah Faith Bower
Ms. Elizabeth Lauren Brown
Mr. Aaron Craig Carter
Mr. William Francis Cole
Mr. Todd Lawrence Disher
Mrs. Rachel Opperman Gilbert
Mr. Chad Golder
Mr. Matthew Micah Hilderbrand
Mr. Bradley Hinshelwood
Mr. Baxter Ryan Morgan
Ms. McKaye Lea Neumeister
Mr. Cameron Thomas Norris